# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00318-CV

**Joe Liccese, Appellant**

**v.**

**BJJA Scale Free, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-09-000599, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Joe Liccese has filed an unopposed motion to dismiss this appeal.  We

grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   October 29, 2010